FILED & ENTERED

MAR 09 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>George Lanning,<br><br>Nansee Lanning<br><br><br><br><br>Debtor(s). | Case No: 2:11-bk-19760-VZ<br><br>Chapter: 11<br><br>**ORDER DENYING EMERGENCY MOTION FOR ORDER THAT THE STAY TAKE EFFECT AND REMAIN IN EFFECT NOTWITHSTANDING PROVISIONS OF 11 U.S.C. § 362(c)(4)(A)**<br><br>No hearing – docket entry #6 |

On March 7, 2011 George Lanning and Nansee Lanning ("Debtors") filed this voluntary chapter 11 bankruptcy case ("Case").  In the past 12 months George Lanning has filed two voluntary bankruptcy cases individually, and two cases jointly with Nansee Lanning.   Debtors also filed a joint case in February 2008.

On March 8, 2011 Debtors filed an Emergency Motion ("Motion") for an Order That the Stay Take Effect and Remain in Effect Notwithstanding Provisions of 11 U.S.C. § 362(c)(4)(A).  The Motion asserts that there are two hearings in state court on March 9, 2011, involving two different real properties, in which a secured lender seeks to appoint a receiver and to turn over funds held by a receiver.  Presumably the Debtors seek a hearing under LBR 9075-1(a) on less than 48 hours notice.

1    Based upon the multiplicity of bankruptcy filings, it does not appear that the Case is filed in good

2    faith.

3    Based upon the assertions made on page 4 and page 8 of the Motion, an emergency does not

4    exist to justify setting a hearing on less than regular notice.

5

6    The proof of service of the Motion indicates that the U.S. trustee was only served electronically

7    via a Notice of Electronic Filing.  This does not comply with LBR 2002-2(b)(3)(B).

8    Based upon the foregoing, **IT IS ORDERED that the Motion is denied**.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    DATED: March 9, 2011

28                                                        United States Bankruptcy Judge

- 2

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING EMERGENCY MOTION FOR ORDER THAT THE STAY TAKE EFFECT AND REMAIN IN EFFECT NOTWITHSTANDING PROVISIONS OF 11 U.S.C. § 362(c)(4)(A)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***March 8, 2011***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Debtor's Proposed Attorney**: Jerome Cohen, jsc@jscbklaw.com
**U.S. Trustee**: ustpregion16.la.ecf@usdoj.com,

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Attorney for U.S. Trustee**
Dare Law
Office of U.S. Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90012

**Debtors**
George Lanning
370 North San Vicente Blvd.
Los Angeles, CA 90048

Nansee Lanning
139 North Ledoux Road
Beverly Hills, CA 90211

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

None