1 | PETER C. ANDERSON
UNITED STATES TRUSTEE
2 | DARE LAW, State Bar No. 155714
Trial Attorney
3 | OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, 26th Floor
4 | Los Angeles, California 90017
Telephone Number (213) 894-4925
5 | Facsimile Number (213) 894-2603

6

7

8 | UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
9 | LOS ANGELES DIVISION

10

11 | In re                                        ) Case No: 2:11-bk-19760 VZ
                                               )
12 |                                            ) Chapter 11
    | **GEORGE LANNING &**                      )
13 | **NANSEE LANNING**                         ) **STIPULATION FOR CONTINUING**
                                               ) **COMPLIANCE OF UNITED STATES**
14 |                                            ) **TRUSTEE GUIDELINES RESOLVING**
                                               ) **MOTION TO DISMISS**
15 |                                            )
                                               ) DATE: May 12, 2011
16 |                                            ) TIME: 9:30 a.m.
                                               ) CTRM: 1368
17 |                     Debtors.               ) 255 E. Temple Street
                                               ) Los Angeles, CA  90012
18 | _____           )

19 | TO THE HONORABLE VINCENT P. ZURZOLO, DEBTOR, DEBTOR'S

20 | ATTORNEY, AND TO OTHER INTERESTED PARTIES:

21 | This stipulation is made between **GEORGE LANNING &**

22 | **NANSEE LANNING,** debtors and debtors in possession in this Chapter 11 case ("Debtors"),

23 | through their attorney of record, Jerome S. Cohen, Esq., counsel to the Debtors, and the United

24 | States Trustee, on the basis of the following recitals:

25 | 1.     This case was filed on March 07, 2011 by a voluntary chapter 11 petition. The

26 | United States Trustee filed a Motion to Dismiss or Convert which motion is scheduled to be

27 | heard May 12, 2011. Prior to the hearing, Debtors were not in timely compliance with United

28 | States Trustee reporting requirements. Debtors have since come into compliance with United

1

1  States Trustee's requirements.

2          NOW THEREFORE, the parties hereby stipulate and agree as follows:

3          The Debtors will remain in compliance with all United States Trustee Guidelines.  If

4  Debtors becomes delinquent in any of the United States Trustee reporting requirements, the

5  United States Trustee may provide a one time written notice of delinquency to Debtors' counsel

6  and Debtors to cure the deficiencies in the reporting requirements within seven calendar days.  If

7  such deficiencies are not cured within the seven calendar days, the United States Trustee may

8  submit, without further notice or hearing, an application, declaration and proposed order,

9  dismissing this case with a judgment for any outstanding United States Trustee quarterly fees.

10  ///

11  Dated: *May 6, 2011*          **GEORGE LANNING & NANSEE LANNING**

12                                By: _____ Jerome S. Cohen

13                                Attorney for the Debtor

14
   Dated: *05|04|11*

15                                Peter C. Anderson
                                  United States Trustee

16

17                                By: _____ Dare Law

18                                Attorney for the U.S. Trustee

19

20

21

22

23

24

25

26

27

28

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document described as: **STIPULATION FOR CONTINUING COMPLIANCE OF UNITED STATES TRUSTEE GUIDELINES RESOLVING MOTION TO DISMISS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 9, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

⊠    Service information continued on attached page

II.    **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 9, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

⊠    Service information continued on attached page

III.    **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 9, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instruction to deliver the copy to the chamber bin Outside Suite1360 for the Honorable Vincent Zurzolo.**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 9, 2011 | Stephanie Hill | *Stephanie Hill* |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                    **F.9013-3.1.PROOF.OF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

I.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Richard J Bauer    rbauer@mileslegal.com
- Steven Casselberry    scasselberry@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Jerome S Cohen    jsc@jscbklaw.com
- Mark Domeyer    mdomeyer@mileslegal.com
- Mark S Faulkner    mfaulkner@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Dare Law    dare.law@usdoj.gov
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II.   **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**Debtor:**
**George Lanning**
370 North San Vicente Blvd.
Los Angeles, CA 90048

**Nansee Lanning**
139 North Ledoux Road
Beverly Hills, CA 90211

**Debtor's Counsel:**
**Jerome S Cohen**
3731 Wilshire Blvd Ste 514
Los Angeles, CA 90010

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F.9013-3.1.PROOF.OF.SERVICE**